FILED

2024 Mar-01  AM 11:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/DCG: MARCH 2024
GJ#24

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **JAHLEO DEVONTA PUGH** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>: [18 U.S.C. § 922(o)]

The Grand Jury charges:

That on or about the 24th day of August 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### **JAHLEO DEVONTA PUGH**,

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol with a Glock conversion device installed enabling it to fire automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Section 922(o).

### <u>NOTICE OF FORFEITURE</u>
### **18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)**

1.      The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of the offense charged in Count One of this Indictment for violation of 18 U.S.C. § 922(o), the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to **a Glock, model 27, .40 caliber pistol bearing serial number RWL012, and any associated ammunition and magazines.**

A TRUE BILL

*/s/Electronic Signature*

_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

_____
DARIUS C. GREENE
Assistant United States Attorney